UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

COBBLER NEVADA, LLC.,

    Plaintiff,

                                                  Case Number 15-12780-BC
v.                                                  Honorable Thomas L. Ludington

DOES 1-30,

    Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## FOR WANT OF PROSECUTION

The complaint was filed on August 6, 2015. No proofs of service or answers have been filed. Federal Rule of Civil Procedure 41(b) provides for involuntary dismissal for "failure of the plaintiff to prosecute" upon motion by the defendant. However, the Court has the inherent power to dismiss a claim sua sponte for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962). Plaintiff was ordered on December 15, 2015 to show cause in writing on or before December 29, 2015 why the above-entitled matter should not be dismissed without prejudice for want of prosecution. As of today's date, Plaintiff has not responded.

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.


Dated: January 8, 2016                          s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 8, 2016.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager