# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 15-cv-12780 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-30, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #27, OWNER OF IP ADDRESS 75.133.226.53

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #27, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 75.133.226.53.

DATED: January 19, 2016

Respectfully submitted,

Cobbler Nevada, LLC,

By: s/Paul J. Nicoletti
Paul Nicoletti (P-44419)
NICOLETTI LAW, PLC
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800
eFax: (248) 928-7051
Email: pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

ATTORNEY FOR PLAINTIFF